UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chris Smith, Cheryl Smith, et al.,

Plaintiff(s),

v.

APPLE INC.,

Defendant(s).

Case No. 4:21-cv-09527-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Benjamin H. Kilborn, Jr., an active member in good standing of the bar of State of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Chris Smith, Cheryl Smith, et al. in the above-entitled action. My local co-counsel in this case is Michael Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 104805.

| | |
|---|---|
| P.O. Box 2164, Fairhope, AL 36533 | 711 Van Ness Ave, Suite 500, San Francisco, CA 94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 251-929-4623 | 415-358-6913 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| benk@kilbornlaw.com | MRam@forthepeople.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5712O69B.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/13/22

Benjamin H. Kilborn, Jr.
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin H. Kilborn, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 18, 2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



**STATE OF ALABAMA**

**COUNTY OF MONTGOMERY**

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify Benjamin Heustis Kilborn, Jr. has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Benjamin Heustis Kilborn, Jr. was admitted to the Alabama State Bar on September 29, 1998. I further certify that said attorney is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2021. (License Fees and special membership dues are payable between October 1 and October 31, 2021.)

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 29th day of October 2021.

*Terri B. Lovell*, Secretary



P: 334-269-1515   F: 334-261-6310   ALABAR.ORG