IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Chris Smith, Cheryl Smith, Karen Smithson, Jason Roush, and Corey Pomroy, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 4:21-cv-09527-HSG<br><br>**ORDER EXTENDING TIME TO AMEND PLEADING AND RESPONSIVE DEADLINES PURSUANT TO L.R. 6-1(b) and 6-2**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint filed: December 9, 2021 |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The deadline for Plaintiffs to file an Amended Complaint will be extended from March 14, 2022, to March 28, 2022; and

2. Apple will have thirty (30) days from the date of Plaintiffs' filing of the Amended Complaint to file a responsive pleading.

3. Plaintiff will have twenty-one (21) days to file an opposition to Apple's responsive pleading.

4. Apple will have twenty-one (21) days to file a reply to Plaintiffs' opposition to Apple's responsive pleading.

5. The deadline for the parties to exchange Initial Disclosures will be extended until twenty-one (21) days after Plaintiffs file an Amended Complaint.

Dated: March 7, 2022

Honorable Haywood S. Gilliam, Jr.
U.S. District Judge