ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5178
Facsimile: 858.231.1017

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, JASON ROUSH, COREY POMROY, FRANK ORTEGA, LESLIE WHITE, ALBERTO CORNEA, MICHELLE ROGERS, JOSHUA BAYS, DEBORAH CLASS and AMBER JONES, individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 4:21-cv-09527-HSG

**STIPULATION AND ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE INC.'S MOTION TO STAY DISCOVERY (as modified)**

Dept.: Courtroom 2 – 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

Am. Compl. Filed: March 28, 2022

Pursuant to Rule 6-2(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiffs Chris Smith, Cheryl Smith, Karen Smithson, Jason Roush, Corey Pomroy, Frank Ortega, Leslie White, Alberto Cornea, Michelle Rogers, Joshua Bays, Deborah Class, and Amber Jones ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Complaint ("FAC") on March 28, 2022;

WHEREAS, Apple intends to file a motion to dismiss the FAC on or before April 27, 2022, pursuant to the deadline set by the parties' stipulation that was entered by the Court (ECF No. 28);

WHEREAS, Apple has requested that Plaintiffs stay discovery while its forthcoming motion to dismiss the FAC is pending, or at least while its Motion to Stay Discovery is pending, and Plaintiffs have declined (Declaration of Alexis A. Amezcua ("Amezcua Decl.") ¶ 2);

WHEREAS, concurrent with this Stipulation, Apple filed a Motion to Stay Discovery, requesting that the Court stay discovery until the Court resolves Apple's forthcoming motion to dismiss the FAC;

WHEREAS, Apple's Motion to Stay Discovery is currently noticed for a hearing on September 29, 2022, the earliest available hearing date on the Court's calendar;

WHEREAS, Apple's responses to Plaintiffs' first set of interrogatories and requests for production are due on May 11, 2022 (Amezcua Decl. ¶ 3);

WHEREAS, as explained in Apple's concurrently filed Motion to Stay Discovery, Apple believes temporarily staying discovery pending resolution of Apple's forthcoming motion to dismiss would promote efficiency and conserve judicial resources, and it will suffer prejudice if its Motion to Stay Discovery is not resolved before its discovery responses are due on May 11, 2022 (Amezcua Decl. ¶ 4);

WHEREAS, while Plaintiffs disagree that a discovery stay is necessary, Plaintiffs have agreed to Apple's request for a shortened briefing schedule and request for an expedited hearing date for Apple's Motion to Stay Discovery;

WHEREAS, expediting the hearing date for the Motion to Stay Discovery will not alter

the date of any other event or deadline currently fixed by the Court (Amezcua Decl. ¶ 5);

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, as follows:

1. Plaintiffs will file their opposition to Apple's Motion to Stay Discovery on April 25, 2022;
2. Apple will file its reply on May 2, 2022; and
3. The Court will hear Apple's Motion to Stay Discovery on May 5, 2022, or as soon thereafter as the Court's calendar permits.

Dated: April 15, 2022

MORRISON & FOERSTER LLP

By: */s/ Alexis A. Amezcua*
ALEXIS A. AMEZCUA

Attorneys for Defendant
APPLE INC.

Dated: April 15, 2022

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

By: */s/ Marie N. Appel*
MARIE N. APPEL

Attorneys for Plaintiffs
CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, JASON ROUSH, COREY POMROY, FRANK ORTEGA, LESLIE WHITE, ALBERTO CORNEA, MICHELLE ROGERS, JOSHUA BAYS, DEBORAH CLASS, AND AMBER JONES

STIPULATION AND ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE INC.'S MOTION TO STAY DISCOVERY
Case No. 4:21-cv-09527-HSG
sf- 4785543
2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED except the Court will hear Apple's motion to stay discovery on May 19, 2022 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 4/18/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION AND ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON APPLE INC.'S MOTION TO STAY DISCOVERY
Case No. 4:21-cv-09527-HSG
sf- 4785543
3