UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>APPLE, INC.,<br><br>            Defendant. | Case No. 21-cv-09527-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on June 28, 2022. Having considered the parties' proposals, *see* Dkt. No. 53, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 9, 2022 |
| Mediation Deadline | February 7, 2023 |
| Close of Fact Discovery | March 9, 2023 |
| Class Certification Filing Deadline (including expert disclosures and reports) | March 23, 2022 |
| Opposition to Class Certification (including *Daubert* motions and expert reports) | May 18, 2023 |
| Reply to Class Certification (including *Daubert* motions and rebuttal expert reports) | June 15, 2023 |
| Class Certification Hearing | July 13, 2023, at 2:00 p.m. |

//

//

//

1 These dates may only be altered by order of the Court and only upon a showing of good
2 cause. The parties are directed to review and comply with this Court's standing orders. This order
3 terminates docket no. 53.

**IT IS SO ORDERED.**

Dated: 7/5/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge