UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Smith, Cheryl Smith, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> APPLE INC., <br><br> Defendant(s). | Case No. 4:21-cv-09527 HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Jennifer B. Jayjohn, an active member in good standing of the bar of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 104805.

| | |
|---|---|
| P.O. Box 66705, Mobile, AL  36660 | 711 Van Ness Ave, San Francisco, CA  94102 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 251-471-6191 | 415-358-6913 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jbj@cunninghambounds.com | mram@forthepeople.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1711C44N.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/29/2022

Jennifer B. Jayjohn
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer B. Jayjohn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/6/2022

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



STATE OF ALABAMA

COUNTY OF MONTGOMERY

    I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Jennifer Belle Jayjohn has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

    I further certify that Jennifer Belle Jayjohn was admitted to the Alabama State Bar September 30, 2019.

    I further certify that the said Jennifer Belle Jayjohn is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2022.

    IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 28th day of June, 2022.

*Terri B. Lovell*
Terri B. Lovell, Secretary

