UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHRIS SMITH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE, INC.,<br><br>  Defendant. | Case No. 21-cv-09527-HSG (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 65 |

  The district judge referred discovery matters to the undersigned.[1] The district has a policy of raising all discovery disputes in a joint letter first, not by way of a noticed motion. Because the opposition has been filed, the court defers consideration of whether it will require that process until after briefing is complete. Chambers copies of the current motions (in a form that complies with the court's standing order, attached) can be mailed as long as they are received in chambers no later than Monday, January 9, 2023. If there are no voluminous attachments to the reply brief, no chambers copies are needed, but if there are attachments that require effort to print, the chambers copy must be lodged by noon the next day (as required by the local rules).

  For future disputes, the parties must comply with the district's discovery procedures (reflected in the standing order). The procedures in it require, among other things, that if a meet-and-confer

---

[1] Order of Reference, ECF No. 72.

ORDER – No. 21-cv-09527-HSG (LB)

by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: January 4, 2023

_____
LAUREL BEELER
United States Magistrate Judge