1   PENELOPE A. PREOVOLOS (CA SBN 87607)
    PPreovolos@mofo.com
2   ALEXIS A. AMEZCUA (CA SBN 247507)
    AAmezcua@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone:  415.268.7000
5   Facsimile:  415.268.7522

6   ERIN M. BOSMAN (CA SBN 204987)
    EBosman@mofo.com
7   MORRISON & FOERSTER LLP
    12531 High Bluff Drive Suite 100
8   San Diego, California  92130-2040
    Telephone:  415.268.7000
9   Facsimile:  415.268.7522

10  Attorneys for Defendant
    APPLE INC.

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

15

16  CHRIS SMITH, CHERYL SMITH, KAREN          Case No. 4:21-cv-09527 HSG
    SMITHSON, JASON ROUSH, FRANK
17  ORTEGA, ALBERTO CORNEA, MICHELLE          **STIPULATION TO EXTEND
    ROGERS, DEBORAH CLASS, AMBER JONES,       DEFENDANT APPLE INC.'S
18  KRYSTAL EDWARDS, MARCUS EDWARDS,          TIME TO RESPOND TO
    ALEXIS KEISER, LOORN SAELEE,              SECOND AMENDED
19  REBECCA MCKEOWN, THOMAS PEAR,             COMPLAINT AND POTENTIAL
    TANNAISHA SMALLWORD and WILLIAM           MOTION TO DISMISS BRIEFING
20  LAVELLE, individually and on behalf of all other   SCHEDULE; ORDER**
    similarly situated individuals,
21                                            Dept:  Courtroom 2 – 4th Floor
              Plaintiffs,                     Judge:  Hon. Haywood S. Gilliam, Jr.
22
         v.                                   2nd Am. Compl. Filed: March 17, 2023
23
    APPLE INC.,
24
              Defendant.
25

26

27

28

1       Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the
2  Northern District of California, Plaintiffs Chris Smith, Cheryl Smith, Karen Smithson, Jason
3  Roush, Frank Ortega, Alberto Cornea, Michelle Rogers, Deborah Class, Amber Jones, Krystal
4  Edwards, Marcus Edwards, Alexis Keiser, Loorn Saelee, Rebecca McKeown, Thomas Pear,
5  Tannaisha Smallword, and William Lavelle ("Plaintiffs"), and Defendant Apple Inc. ("Apple"),
6  by and through their undersigned counsel, stipulate as follows:

7       WHEREAS, Plaintiffs filed their Second Amended Complaint on March 17, 2023;

8       WHEREAS, under Federal Rule of Civil Procedure 15, Apple's deadline to respond to the
9  Second Amended Complaint is March 31, 2023;

10      WHEREAS, the parties have agreed that the deadline for Apple to respond to the Second
11  Amended Complaint shall be extended by thirty days, which, falling on a Sunday, moves the
12  deadline to May 1, 2023;

13      WHEREAS, that extension will allow Apple time to analyze the new allegations, eight
14  new named plaintiffs, new proposed subclass, and new cause of action in the 434-paragraph
15  Second Amended Complaint;

16      WHEREAS, in the event that Apple moves to dismiss the Second Amended Complaint,
17  the parties have agreed that Plaintiffs' deadline to file its opposition shall be extended to and
18  including June 2, 2023, to accommodate Plaintiffs' counsel deposition schedule for another case,
19  and Apple's deadline its reply shall be extended to and including June 23, 2023.

20      WHEREAS, these extensions of time will not alter the date of any other event or deadline
21  fixed by the Court;

22      THEREFORE, IT IS HEREBY AGREED AND STIPULATED that:

23      1.      Apple's deadline to respond to Plaintiff's Second Amended Complaint shall be
24  May 1, 2023;

25      2.      In the event Apple moves to dismiss the Second Amended Complaint, Plaintiffs'
26  deadline to file their opposition shall be June 2, 2023;

27      3.      Apple's deadline to file its reply shall be June 23, 2023.

28

1    Dated:  March 27, 2023                MORRISON & FOERSTER LLP

2

3                                          By:    /s/ Alexis A. Amezcua
                                                  ALEXIS A. AMEZCUA

4
                                           Attorneys for Defendant
5                                          APPLE INC.

6    Dated:  March 27, 2023                CUNNINGHAM BOUNDS, LLC

7

8                                          By:    /s/ Lucy E. Tufts
                                                  LUCY E. TUFTS
9

10                                         STEVEN L. NICHOLAS (*pro hac
                                           vice*) sln@cunninghambounds.com
11                                         LUCY E. TUFTS (pro hac vice)
                                           let@cunninghambounds.com
12                                         CUNNINGHAM BOUNDS, LLC
                                           1601 Dauphin Street
13                                         Mobile, Alabama 36604
                                           Telephone: (251) 471-6191
14                                         Facsimile: (251) 479-1031

15                                         MICHAEL F. RAM (SBN 104805)
                                           mram@forthepeople.com
16                                         MARIE N. APPEL (SBN 187483)
                                           mappel@forthepeople.com
17                                         MORGAN & MORGAN COMPLEX
                                           LITIGATION GROUP
18                                         711 Van Ness Avenue, Suite 500
                                           San Francisco, California 94102
19                                         Telephone: (415) 358-6913 Facsimile:
                                           (415) 358-6293
20
                                           RA O. AMEN (*pro hac vice*)
21                                         Ramen@forthepeople.com
                                           MORGAN & MORGAN COMPLEX
22                                         LITIGATION GROUP
                                           201 N. Franklin Street, 7th Floor
23                                         Tampa, Florida 33602
                                           Telephone: (813) 223-5505
24                                         Facsimile: (813) 223-5402

25                                         BENJAMIN H. KILBORN, JR. (*pro
                                           hac vice*)
26                                         benk@kilbornlaw.com
                                           KILBORN LAW, LLC
27                                         P.O. Box 2164
                                           Fairhope, Alabama 36533
28                                         Telephone: (251) 929-4623

1

2          Attorneys for Plaintiffs
           CHRIS SMITH, CHERYL SMITH,
           KAREN SMITHSON, JASON
3          ROUSH, FRANK ORTEGA,
           ALBERTO CORNEA, MICHELLE
4          ROGERS, DEBORAH CLASS,
           AMBER JONES, KRYSTAL
5          EDWARDS, MARCUS EDWARDS,
           ALEXIS KEISER, LOORN SAELEE,
6          REBECCA MCKEOWN, THOMAS
           PEAR, TANNAISHA SMALLWOOD,
7          and WILLIAM LAVELLE.

8                         **ECF ATTESTATION**

9          I, Alexis A. Amezcua, am the ECF User whose ID and password are being used to file this

10   document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lucy E. Tufts has

11   concurred in this filing.

12

13   Dated:  March 27, 2023          MORRISON & FOERSTER LLP

14

15                                   By:   */s/ Alexis A. Amezcua*
                                           ALEXIS A. AMEZCUA
16
                                     Attorneys for Defendant
17                                   APPLE INC.

18

19

20                         **ORDER**

21        PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23   Dated:  3/28/2023
                                           Hon. Haywood S. Gilliam, Jr.
24                                         United States District Judge

25

26

27

28