1  MICHAEL F. RAM (SBN 104805)
mram@forthepeople.com
2  MARIE N. APPEL (SBN 187483)
mappel@forthepeople.com
3  MORGAN & MORGAN
COMPLEX LITIGATION GROUP
4  711 Van Ness Avenue, Suite 500
San Francisco, California 94102
5  Telephone: (415) 358-6913
Facsimile: (415) 358-6293
6
RA O. AMEN (pro hac vice)
7  Ramen@forthepeople.com
MORGAN & MORGAN
8  COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
9  Tampa, Florida 33602
Telephone: (813) 223-5505
10  Facsimile: (813) 223-5402

11  STEVEN L. NICHOLAS (pro hac vice)
sln@cunninghambounds.com
12  LUCY E. TUFTS (pro hac vice)
let@cunninghambounds.com
13  CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
14  Mobile, Alabama 36604
Telephone: (251) 471-6191
15  Facsimile: (251) 479-1031

16  [Additional Counsel on Signature Page]

17  Attorneys for Plaintiffs and Putative Class

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
APPLE INC.

18  UNITED STATES DISTRICT COURT
19  NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

20  CHRIS SMITH, CHERYL SMITH, KAREN
SMITHSON, FRANK ORTEGA, ALBERTO
21  CORNEA, MICHELLE ROGERS,
DEBORAH CLASS, AMBER JONES,
22  ALEXIS KEISER, LOORN SAELEE,
THOMAS PEAR and TANNAISHA
23  SMALLWOOD, individually and on behalf of
all other similarly situated individuals,
24
Plaintiffs,
25       v.
26  APPLE INC.,
27
Defendant.
28

Case No. 4:21-cv-09527 HSG

**JOINT STIPULATION TO EXTEND MEDIATION DEADLINE AND ORDER**

Dept.:  Courtroom 2 – 4th Floor
Judge:  Hon. Haywood S. Gilliam, Jr.

Second Am. Compl. Filed:  March 17, 2023

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs in the above-captioned action *Smith*

2    *v. Apple, Inc.*, No. 4:21-cv-09527 HSG (N.D. Cal.) and Defendant Apple Inc. ("Apple") file this

3    stipulation, by and through their undersigned counsel, to extend the mediation deadline set forth

4    in the February 8, 2023 Amended Scheduling Order (ECF No. 78).

5    WHEREAS, the parties have been engaged in discovery since the parties last addressed

6    the case schedule with the Court at the February 7, 2023 Case Management Conference,

7    including both parties' discovery responses, voluminous document productions, and extensive

8    meet-and-confer;

9    WHEREAS, the parties began inspecting named Plaintiffs' devices in June 2023 but were

10   required to reschedule the remaining inspections due to an unforeseeable scheduling conflict with

11   the neutral expert;

12   WHEREAS, the remaining device inspections are currently underway, and the parties

13   agree that depositions cannot occur until after the device inspections are completed and the

14   resulting inspection data is evaluated;

15   WHEREAS, the mediation deadline is currently set for August 7, 2023, the parties have

16   met and conferred, and agree that mediation will be most productive after the parties have

17   completed inspection of the named Plaintiffs' devices and depositions;

18   WHEREAS, the parties have only previously requested to modify the operative case

19   schedule once (ECF No. 75);

20   WHEREAS, the parties have conferred and, subject to the Court's approval, mutually

21   stipulate to extend the mediation deadline as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Mediation Deadline | August 7, 2023 | November 7, 2023 |

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3    Dated:  August 4, 2023                    MORRISON & FOERSTER LLP

4

5                                              By:    /s/ Claudia M. Vetesi
                                                      CLAUDIA M. VETESI

6                                              Attorneys for Defendant
                                               APPLE INC.
7

8    Dated:  August 4, 2023                    CUNNINGHAM BOUNDS, LLC

9

10                                             By:    /s/ Lucy E. Tufts
                                                      LUCY E. TUFTS (*pro hac vice*)
11

12                                             STEVEN L. NICHOLAS (*pro hac vice*)
                                               sln@cunninghambounds.com
13                                             LUCY E. TUFTS (*pro hac vice*)
                                               let@cunninghambounds.com
14                                             CUNNINGHAM BOUNDS, LLC
                                               1601 Dauphin Street Mobile, Alabama
15                                             36604 Telephone: (251) 471-6191
                                               Facsimile: (251) 479-1031
16
                                               MICHAEL F. RAM (SBN 104805)
17                                             mram@forthepeople.com
                                               MARIE N. APPEL (SBN 187483)
18                                             mappel@forthepeople.com
                                               MORGAN & MORGAN COMPLEX
19                                             LITIGATION GROUP
                                               711 Van Ness Avenue, Suite 500
20                                             San Francisco, California 94102
                                               Telephone: (415) 358-6913
21                                             Facsimile: (415) 358-6293

22                                             RA O. AMEN (*pro hac vice*)
                                               Ramen@forthepeople.com
23                                             MORGAN & MORGAN COMPLEX
                                               LITIGATION GROUP
24                                             201 N. Franklin Street, 7th Floor
                                               Tampa, Florida 33602
25                                             Telephone: (813) 223-5505
                                               Facsimile: (813) 223-5402

26                                             BENJAMIN H. KILBORN, JR. (*pro hac
                                               vice*)
27                                             benk@kilbornlaw.com
                                               KILBORN LAW, LLC
28                                             P.O. Box 2164

Fairhope, Alabama 36533
Telephone: (251) 929-4623

Attorneys for Plaintiffs
Chris Smith, Cheryl Smith, Karen
Smithson, Frank Ortega, Alberto Cornea,
Michelle Rogers, Deborah Class, Amber
Jones, Alexis Keiser, Loorn Saelee,
Thomas Pear, and Tannaisha Smallwood

## ECF ATTESTATION

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Lucy E. Tufts has concurred in this filing.

Dated:  August 4, 2023                    MORRISON & FOERSTER LLP


By:    /s/ Claudia M. Vetesi
           CLAUDIA M. VETESI

Attorneys for Defendant
APPLE INC.


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    8/7/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge