UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>APPLE INC.,<br>　　　　　　　Defendant. | Case No. 4:21-cv-09527 HSG<br><br>**ORDER DENYING MOTION TO SCHEDULE CASE MANAGEMENT CONFERENCE**<br>**(L.R. 16-10)**<br><br>Dept.:  Courtroom 2 – 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Second Am. Compl. Filed:  March 17, 2023 |

**ORDER**

IT IS HEREBY ORDERED that a Case Management Conference in the above-captioned matter is scheduled for August 22, 2023 at 2:00 P.M.

Dated: 8/22/2023

