MICHAEL F. RAM (SBN 104805)
mram@forthepeople.com
MARIE N. APPEL (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, California 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

RA O. AMEN (pro hac vice)
Ramen@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

STEVEN L. NICHOLAS (pro hac vice)
sln@cunninghambounds.com
LUCY E. TUFTS (pro hac vice)
let@cunninghambounds.com
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama 36604
Telephone: (251) 471-6191
Facsimile: (251) 479-1031

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs and Putative Class

ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive Suite 100
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:  858.720.5125

PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
ALEXIS A. AMEZCUA (CA SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>          Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No. 4:21-cv-09527 HSG<br><br>**JOINT ADMINISTRATIVE MOTION TO VACATE CASE SCHEDULE AND ORDER**<br><br>Dept.:  Courtroom 2 – 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Second Am. Compl. Filed:  March 17, 2023 |

Pursuant to Civil Local Rule 7-11, Plaintiffs in the above-captioned action *Smith v. Apple, Inc.*, No. 4:21-cv-09527 HSG (N.D. Cal.) and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, file this joint motion for administrative relief in which Plaintiffs request, and Apple does not oppose, that the Court vacate the deadlines set forth in the February 8, 2023 Amended Scheduling Order (ECF No. 78).

**Plaintiffs' Statement.** Plaintiffs have filed a Motion to Modify the Case Management Order and Motion to Amend Pleadings (ECF 116, the "Motion"), which Apple opposes. The briefing on Plaintiffs' Motion is scheduled to be completed on September 12, 2023 and the hearing on Plaintiffs' Motion is scheduled for November 16, 2023. The current deadline for the close of fact discovery is September 8, 2023 and the Class Certification Filing deadline is September 22, 2023 – both before Plaintiffs' Motion is set to be heard. Accordingly, Plaintiffs request that the following deadlines in the Court's February 8, 2023 Amended Scheduling Order (ECF No. 78) be vacated pending the resolution of Plaintiffs' Motion:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery | September 8, 2023 | Vacated pending resolution of Plaintiffs' Motion |
| Class Certification Filing Deadline (including expert disclosures and expert reports) | September 22, 2023 | Vacated pending resolution of Plaintiffs' Motion |
| Opposition to Class Certification (including *Daubert* motions and expert reports) | November 17, 2023 | Vacated pending resolution of Plaintiffs' Motion |
| Reply to Class Certification (including *Daubert* motions and rebuttal expert reports) | December 15, 2023 | Vacated pending resolution of Plaintiffs' Motion |
| Class Certification Hearing | January 18, 2024 at 2:00 p.m. | Vacated pending resolution of Plaintiffs' Motion |

**Apple's Statement.** As discussed in Apple's Request for a Case Management Conference seeking guidance from the Court on a case schedule (ECF 118), and as Apple will

detail in its opposition to Plaintiffs' Motion (which, pursuant to the deadlines set by the Court, will be filed by September 5, 2023), Apple's position is that amendment of the pleadings at this late stage is past the deadline and otherwise improper, and that Plaintiffs cannot show good cause to do so.  The parties had previously agreed to seek a four-month case extension to the current case schedule, before Plaintiffs informed Apple of their intent to seek leave to amend. Apple believes that the four-month case extension the parties had negotiated would be appropriate should the case remain governed by the current pleadings.  However, because Plaintiffs have now filed a Motion to Amend Pleadings that is set for hearing on November 16, 2023, and because the deadlines for the close of fact discovery and Plaintiffs' class certification motion are currently set for September 8, 2023, and September 22, 2023, respectively, Apple does not oppose Plaintiffs' request to vacate the current case deadlines while Plaintiffs' Motion is pending.

Dated:  August 24, 2023                MORRISON & FOERSTER LLP


                                       By:    /s/ Claudia M. Vesti
                                              CLAUDIA M. VETESI

                                              Attorneys for Defendant
                                              APPLE INC.


Dated:  August 24, 2023                CUNNINGHAM BOUNDS, LLC


                                       By:    /s/ Lucy E. Tufts
                                              LUCY E. TUFTS (*pro hac vice*)

                                              STEVEN L. NICHOLAS (*pro hac vice*)
                                              sln@cunninghambounds.com
                                              LUCY E. TUFTS (*pro hac vice*)
                                              let@cunninghambounds.com
                                              CUNNINGHAM BOUNDS, LLC
                                              1601 Dauphin Street Mobile, Alabama
                                              36604 Telephone: (251) 471-6191
                                              Facsimile: (251) 479-1031

MICHAEL F. RAM (SBN 104805)
mram@forthepeople.com
MARIE N. APPEL (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, California 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

RA O. AMEN (*pro hac vice*)
Ramen@forthepeople.com
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

BENJAMIN H. KILBORN, JR. (*pro hac vice*)
benk@kilbornlaw.com
KILBORN LAW, LLC
P.O. Box 2164
Fairhope, Alabama 36533
Telephone: (251) 929-4620

Attorneys for Plaintiffs
Chris Smith, Cheryl Smith, Karen Smithson, Frank Ortega, Alberto Cornea, Michelle Rogers, Deborah Class, Amber Jones, Alexis Keiser, Loorn Saelee, Thomas Pear, and Tannaisha Smallwood

**ECF ATTESTATION**

I, Lucy E. Tufts, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Claudia Vertesi has concurred in this filing.

Dated:  August 24, 2023                    CUNNINGHAM BOUNDS, LLC


                                    By:    */s/ Lucy E. Tufts*
                                           Lucy E. Tufts

                                           Attorneys for Plaintiffs

1

## <u>ORDER</u>

2

3        The Court hereby GRANTS the Parties' Administrative Motion.  Plaintiffs' unopposed

4   request to vacate the following deadlines pending resolution of Plaintiffs' Motion to Modify Case

5   Management Order and Amend Pleadings (ECF 116) is granted:

6        1.   The September 8, 2023 fact discovery deadline;

7        2.   The September 22, 2023 Class Certification filing deadline;

8        3.   The November 17, 2023 Opposition to Class Certification (including *Daubert* motions

9             and expert reports) filing deadline;

10       4.   The December 15, 2023 Reply to Class Certification (including *Daubert* motions and

11            expert reports) filing deadline; and

12       5.   The January 18, 2024 Class Certification Hearing.

13       IT IS SO ORDERED.

14
Dated:  8/24/2023

15                                                                    Hon. Haywood S. Gilliam, Jr.
                                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28