| | |
|---|---|
| CUNNINGHAM BOUNDS, LLC<br>Steven L. Nicholas (*admitted pro hac vice*)<br>sln@cunninghambounds.com<br>Lucy E. Tufts (*admitted pro hac vice*)<br>let@cunninghambounds.com<br>1601 Dauphin Street<br>Mobile, AL 36604<br>Telephone: (251) 471-6191<br>Facsimile: (251) 479-1031<br><br>KILBORN LAW, LLC<br>Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)<br>benk@kilbornlaw.com<br>P.O. Box 2164<br>Fairhope, AL 36533<br>Telephone: (251) 929-4620<br><br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293 | Ra O. Amen (*admitted pro hac vice*)<br>Ramen@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br><br>*Attorneys for Plaintiffs and the Putative Class*<br><br>MORRISON & FOERSTER LLP<br>Penelope A. Preovolos (SBN 87607)<br>PPreovolos@mofo.com<br>Claudia M. Vetesi (SBN 233485)<br>CVetesi@mofo.com<br>Alexis A. Amezcua (SBN 247507)<br>AAmezcua@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Erin M. Bosman (SBN 204987)<br>EBosman@mofo.com<br>12531 High Bluff Drive Suite 100<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>*Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | No. 4:21-cv-09527-HSG<br><br>STIPULATED REQUEST AND ORDER TO STAY<br><br><u>CLASS ACTION</u><br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to Civil Local Rule 6-2, the parties to this action jointly submit this request to
2  stay this action for thirty days. All court-ordered deadlines in this case were vacated on August
3  24, 2023 (ECF No. 121). Subsequently, this Court ordered the parties to file a joint stipulation
4  and proposed amended scheduling order by November 6, 2023, (ECF No. 134), and Plaintiffs
5  filed a Third Amended Complaint to which Apple's deadline to respond is currently November
6  14, 2023. The Parties have reached an agreement in principle to resolve the case and
7  accordingly request a stay of this action, including these two deadlines, to provide the parties
8  time to finalize their agreement. The Parties will file a joint status update within thirty days to
9  apprise the Court of the status.

Dated: November 3, 2023

MORGAN & MORGAN
COMPLEX LITIGATION GROUP

/s/ *Michael F. Ram*
By:   MICHAEL F. RAM

Attorneys for Plaintiffs,
CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWORD, individually and on behalf of all other similarly situated individuals,

Dated: November 3, 2023

MORRISON & FOERSTER LLP

/s/ *Claudia M. Vetesi*
By:   CLAUDIA M. VETESI

Attorneys for Defendant
APPLE INC.

**ECF ATTESTATION**

I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Michael F. Ram has concurred to this filing.

Dated: November 3, 2023

MORRISON & FOERSTER LLP

*/s/ Claudia M. Vetesi*
CLAUDIA M. VETESI

Attorneys for Defendant
APPLE INC.

**ORDER**

Pursuant to stipulation, the above-captioned action, including the November 6, 2023 deadline for the parties to file a joint stipulation and proposed amended scheduling order and the November 14, 2023 deadline for Apple to respond Plaintiffs' Third Amended Complaint, is hereby stayed for thirty days. The parties shall file a joint status update by December 4, 2023. IT IS SO ORDERED.

Dated: 11/6/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge