CUNNINGHAM BOUNDS, LLC
Steven L. Nicholas (*admitted pro hac vice*)
sln@cunninghambounds.com
Lucy E. Tufts (*admitted pro hac vice*)
let@cunninghambounds.com
1601 Dauphin Street
Mobile, AL 36604
Telephone: (251) 471-6191
Facsimile: (251) 479-1031

KILBORN LAW, LLC
Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)
benk@kilbornlaw.com
P.O. Box 2164
Fairhope, AL 36533
Telephone: (251) 929-4620

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Ra O. Amen (*admitted pro hac vice*)
Ramen@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs and the Putative Class*

MORRISON & FOERSTER LLP
Penelope A. Preovolos (SBN 87607)
PPreovolos@mofo.com
Claudia M. Vetesi (SBN 233485)
CVetesi@mofo.com
Alexis A. Amezcua (SBN 247507)
AAmezcua@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Erin M. Bosman (SBN 204987)
EBosman@mofo.com
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>　　　　　　　　Plaintiffs,<br>v.<br>APPLE INC.,<br>　　　　　　　　Defendant. | No. 4:21-cv-09527-HSG<br><br>JOINT STATUS UPDATE AND STIPULATED REQUEST AND ORDER TO EXTEND STAY<br><br><u>CLASS ACTION</u><br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to the Court's December 5, 2023 Order and Civil Local Rule 6-2, the parties
2  submit this joint status update and stipulated request to extend the stay of this action for an
3  additional thirty days.  On November 3, 2023, the parties notified the Court that they had
4  reached an agreement in principle to resolve the case.  (ECF No. 137.)  The Court granted the
5  parties' joint request to stay the action for thirty days to provide the parties time to finalize their
6  agreement.  (ECF No. 138.)  The parties filed a further joint status update on December 4,
7  2023, and requested that the stay of this action be extended for an additional forty-five days,
8  which the Court granted.  (ECF Nos. 140, 141.)

9  The parties are continuing to make progress and confer about the terms of the resolution
10 of this action and remain in the process of finalizing a settlement agreement.  The parties
11 therefore respectfully request that the stay of this action be extended for an additional thirty
12 days.  The parties will file an additional joint status update by February 19, 2024, to apprise the
13 Court of the status of their agreement.

Dated:  January 18, 2024

CUNNINGHAM BOUNDS, LLC

     */s/ Steven L. Nicholas*
By:   STEVEN L. NICHOLAS

Attorneys for Plaintiffs,
CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON,  FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWORD, individually and on behalf of all other similarly situated individuals,

Dated:  January 18, 2024

MORRISON & FOERSTER LLP

     */s/ Erin M. Bosman*
By:   ERIN M. BOSMAN

Attorneys for Defendant
APPLE INC.

## ECF ATTESTATION

I, Erin M. Bosman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Steven L. Nicholas has concurred to this filing.

Dated: January 18, 2024                               MORRISON & FOERSTER LLP


                                                      */s/ Erin M. Bosman*
                                                      ERIN M. BOSMAN

                                                      Attorneys for Defendant
                                                      APPLE INC.


## **ORDER**

Pursuant to stipulation, the stay of the above-captioned action is hereby extended for an additional thirty days. The parties shall file a joint status update by February 19, 2024.

IT IS SO ORDERED.

Dated: 1/19/2024                                      Hon. Haywood S. Gilliam, Jr.
                                                      United States District Judge