IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>            Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No.: 4:21-cv-09527-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING MOTION TO WITHDRAW UNDER L.R. 11-5(a)**<br><br>Third Am. Compl. Filed: October 31, 2023 |

Having considered Plaintiffs' Motion and pursuant to Civil Local Rule 11-5(a), this Court finds that Counsel has submitted satisfactory reasoning for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to any party. The Court **GRANTS** Plaintiffs' Motion for Ra O. Amen to withdraw as counsel for Plaintiffs in the above-captioned litigation.

IT IS HEREBY ORDERED that Ra O. Amen is hereby terminated as counsel for Plaintiff in this proceeding.

**IT IS SO ORDERED**.

Dated:  1/22/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge