| | |
|---|---|
| CUNNINGHAM BOUNDS, LLC<br>Steven L. Nicholas (*admitted pro hac vice*)<br>sln@cunninghambounds.com<br>Lucy E. Tufts (*admitted pro hac vice*)<br>let@cunninghambounds.com<br>1601 Dauphin Street<br>Mobile, AL 36604<br>Telephone: (251) 471-6191<br>Facsimile: (251) 479-1031<br><br>KILBORN LAW, LLC<br>Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)<br>benk@kilbornlaw.com<br>P.O. Box 2164<br>Fairhope, AL 36533<br>Telephone: (251) 929-4620<br><br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br><br>*Attorneys for Plaintiffs and the Putative Class* | MORRISON & FOERSTER LLP<br>Penelope A. Preovolos (SBN 87607)<br>PPreovolos@mofo.com<br>Claudia M. Vetesi (SBN 233485)<br>CVetesi@mofo.com<br>Alexis A. Amezcua (SBN 247507)<br>AAmezcua@mofo.com<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Erin M. Bosman (SBN 204987)<br>EBosman@mofo.com<br>12531 High Bluff Drive Suite 100<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>*Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>                    Plaintiffs,<br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | No. 4:21-cv-09527-HSG<br><br>JOINT STATUS UPDATE AND STIPULATED REQUEST AND ORDER TO EXTEND STAY<br><br><u>CLASS ACTION</u><br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's February 20, 2024 Order and Civil Local Rule 6-2, the parties submit this joint status update and stipulated request to extend the stay of this action for an additional thirty days.  On November 3, 2023, the parties notified the Court that they had reached an agreement in principle to resolve the case.  (ECF No. 137.)  The Court granted the parties' joint request to stay the action for thirty days to provide the parties time to finalize their agreement.  (ECF No. 138.)  The parties filed further joint status updates on December 4, 2023, January 18, 2024, and February 19, 2024, requesting that the stay of this action be extended while the parties continued to meet and confer about the terms of the resolution of this action, which the Court granted.  (ECF Nos. 140, 141, 143, 144, 146, 147.)

The parties have made significant progress regarding terms to resolve this action and have exchanged drafts of a settlement agreement, but require additional time to finalize the agreement and related documents.  The parties therefore respectfully request that the stay of this action be extended for an additional thirty days.  The parties will file an additional joint status update by April 19, 2024, to apprise the Court of the status of their agreement.

Dated:  March 20, 2024

CUNNINGHAM BOUNDS, LLC

By:  */s/ Steven L. Nicholas*
     STEVEN L. NICHOLAS

Attorneys for Plaintiffs,
CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWORD, individually and on behalf of all other similarly situated individuals,

| | | |
|---|---|---|
| Dated: March 20, 2024 | | MORRISON & FOERSTER LLP |

*/s/ Erin M. Bosman*
By:    ERIN M. BOSMAN

Attorneys for Defendant
APPLE INC.

## ECF ATTESTATION

I, Erin Bosman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Steven L. Nicholas has concurred to this filing.

Dated: March 20, 2024                                MORRISON & FOERSTER LLP

*/s/ Erin M. Bosman*
    ERIN M. BOSMAN

Attorneys for Defendant
APPLE INC.

## ORDER

Pursuant to stipulation, the stay of the above-captioned action is hereby extended for an additional thirty days. The parties shall file a joint status update by April 19, 2024.

IT IS SO ORDERED.

Dated: 3/21/2024

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge