CUNNINGHAM BOUNDS, LLC
Steven L. Nicholas (*admitted pro hac vice*)
sln@cunninghambounds.com
Lucy E. Tufts (*admitted pro hac vice*)
let@cunninghambounds.com
1601 Dauphin Street
Mobile, AL 36604
Telephone: (251) 471-6191
Facsimile: (251) 479-1031

KILBORN LAW, LLC
Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)
benk@kilbornlaw.com
P.O. Box 2164
Fairhope, AL 36533
Telephone: (251) 929-4620

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Putative Class*

MORRISON & FOERSTER LLP
Penelope A. Preovolos (SBN 87607)
PPreovolos@mofo.com
Claudia M. Vetesi (SBN 233485)
CVetesi@mofo.com
Alexis A. Amezcua (SBN 247507)
AAmezcua@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Erin M. Bosman (SBN 204987)
EBosman@mofo.com
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br>v.<br><br>APPLE INC.,<br>    Defendant. | No. 4:21-cv-09527-HSG<br><br>JOINT STATUS UPDATE AND STIPULATED REQUEST AND ORDER TO EXTEND STAY<br><br><u>CLASS ACTION</u><br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to the Court's March 21, 2024 Order and Civil Local Rule 6-2, the parties
2  submit this joint status update and stipulated request to extend the stay of this action for an
3  additional thirty days.  On November 3, 2023, the parties notified the Court that they had
4  reached an agreement in principle to resolve the case.  (ECF No. 137.)  The Court granted the
5  parties' joint request to stay the action for thirty days to provide the parties time to finalize their
6  agreement.  (ECF No. 138.)  The parties subsequently filed further joint status updates
7  requesting that the stay of this action be extended while the parties continued to meet and
8  confer about the terms of the resolution of this action, which the Court granted.  (ECF
9  Nos. 140, 141, 143, 144, 146-49.)

10  The parties have made significant progress regarding terms to resolve this action and
11  are in the process of finalizing a settlement agreement.  The parties respectfully request that the
12  stay of this action be extended for an additional thirty days while the parties finalize their
13  settlement agreement and related documents.  The parties will file an additional joint status
14  update by May 20, 2024, to apprise the Court of the status of their agreement.

Dated: April 19, 2024

CUNNINGHAM BOUNDS, LLC

*/s/ Steven L. Nichols*
By:   STEVEN L. NICHOLAS

Attorneys for Plaintiffs,
CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWORD, individually and on behalf of all other similarly situated individuals,

| | |
|---|---|
| Dated: April 19, 2024 | MORRISON & FOERSTER LLP |
| | */s/ Erin M. Bosman* |
| | By:   ERIN M. BOSMAN |
| | Attorneys for Defendant |
| | APPLE INC. |

## ECF ATTESTATION

I, Michael F. Ram, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Erin M. Bosman and Steven L. Nicholas has concurred to this filing.

Dated: April 19, 2024

*/s/ Michael F. Ram*
Michael F. Ram

## **ORDER**

Pursuant to stipulation, the stay of the above-captioned action is hereby extended for an additional thirty days. The parties shall file a joint status update by May 20, 2024.

IT IS SO ORDERED.

Dated: April 19, 2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge