| | |
|---|---|
| CUNNINGHAM BOUNDS, LLC<br>Steven L. Nicholas (*admitted pro hac vice*)<br>sln@cunninghambounds.com<br>Lucy E. Tufts (*admitted pro hac vice*)<br>let@cunninghambounds.com<br>1601 Dauphin Street<br>Mobile, AL 36604<br>Telephone: (251) 471-6191<br>Facsimile: (251) 479-1031<br><br>KILBORN LAW, LLC<br>Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)<br>benk@kilbornlaw.com<br>P.O. Box 2164<br>Fairhope, AL 36533<br>Telephone: (251) 929-4620<br><br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6293<br><br>*Attorneys for Plaintiffs and the Putative Class* | MORRISON & FOERSTER LLP<br>PENELOPE A. PREOVOLOS (SBN 87607)<br>PPreovolos@mofo.com<br>CLAUDIA M. VETESI (SBN 233485)<br>CVetesi@mofo.com<br>ALEXIS A. AMEZCUA (SBN 247507)<br>AAmezcua@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br><br>ERIN M. BOSMAN (SBN 204987)<br>EBosman@mofo.com<br>12531 High Bluff Drive Suite 100<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125<br><br>*Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWOOD individually and on behalf of all other similarly situated individuals,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. 4:21-cv-09527 HSG<br><br>**JOINT SUBMISSION OF STIPULATED SETTLEMENT SCHEDULE PURSUANT TO OCTOBER 25, 2024 COURT ORDER (ECF NO. 163)**<br><br>Dept.: Courtroom 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>2nd Am. Compl. Filed: March 17, 2023 |

Pursuant to the Court's October 25, 2024 preliminary approval order (ECF No. 163), and the Court's subsequent order dated November 1, 2024 (ECF No. 165), the parties have met and conferred and provide the following amended stipulated settlement deadlines together with a proposed order.

| Event | Proposed Stipulated Deadline |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members (Notice Date) | January 10, 2025 |
| Filing deadline for attorneys' fees and costs motion and incentive payment motion | January 10, 2025 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | February 24, 2025 |
| Plaintiffs to move for final approval | March 19, 2025 |
| Final fairness hearing and hearing on motions | April 10, 2025 |

Dated: November 7, 2024         CUNNINGHAM BOUNDS, LLC

                                        */s/ Lucy E. Tufts*
                                By:    LUCY E. TUFTS (*admitted pro hac vice*)

                                Attorneys for Plaintiffs,
                                CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWORD, individually and on behalf of all other similarly situated individuals,

Dated: November 7, 2024         MORRISON & FOERSTER LLP

                                        */s/ Alexis A. Amezcua*
                                By:    ALEXIS A. AMEZCUA

                                Attorneys for Defendant
                                APPLE INC.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                        Hon. Haywood S. Gilliam, Jr.
                                        United States District Judge

**ECF ATTESTATION**

I, Lucy E. Tufts, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Alexis A. Amezcua has concurred to this filing.

Dated: November 7, 2024    CUNNINGHAM BOUNDS, LLC

By: */s/ Lucy E. Tufts*
     Lucy E. Tufts

Attorneys for Plaintiffs