CUNNINGHAM BOUNDS, LLC
Steven L. Nicholas (*admitted pro hac vice*)
sln@cunninghambounds.com
Lucy E. Tufts (*admitted pro hac vice*)
let@cunninghambounds.com
1601 Dauphin Street
Mobile, AL 36604
Telephone: (251) 471-6191
Facsimile: (251) 479-1031

KILBORN LAW, LLC
Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)
benk@kilbornlaw.com
P.O. Box 2164
Fairhope, AL 36533
Telephone: (251) 929-4620

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Putative Class*

MORRISON & FOERSTER LLP
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
ALEXIS A. AMEZCUA (SBN 247507)
AAmezcua@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

ERIN M. BOSMAN (SBN 204987)
EBosman@mofo.com
12531 High Bluff Drive Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWOOD individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

APPLE INC.,

Defendant.

Case No. 4:21-cv-09527 HSG

**JOINT SUBMISSION OF STIPULATED SETTLEMENT SCHEDULE PURSUANT TO OCTOBER 25, 2024 COURT ORDER (ECF NO. 163) ; ORDER**

Dept.: Courtroom 2 – 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

2nd Am. Compl. Filed: March 17, 2023

1    Pursuant to the Court's October 25, 2024 preliminary approval order (ECF No. 163), and

2    the Court's subsequent order dated November 1, 2024 (ECF No. 165), the parties have met and

3    conferred and provide the following amended stipulated settlement deadlines together with a

4    proposed order.

| Event | Proposed Stipulated Deadline |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members (Notice Date) | January 10, 2025 |
| Filing deadline for attorneys' fees and costs motion and incentive payment motion | January 10, 2025 |
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | February 24, 2025 |
| Plaintiffs to move for final approval | March 19, 2025 |
| Final fairness hearing and hearing on motions | April 10, 2025 |

Dated:  November 7, 2024           CUNNINGHAM BOUNDS, LLC

                                   _/s/ Lucy E. Tufts_____
                                   By:  LUCY E. TUFTS (*admitted pro hac vice*)

                                   Attorneys for Plaintiffs,
                                   CHRIS SMITH, CHERYL SMITH, KAREN
                                   SMITHSON, FRANK ORTEGA, ALBERTO
                                   CORNEA, MICHELLE ROGERS,
                                   DEBORAH CLASS, AMBER JONES,
                                   ALEXIS KEISER, LOORN SAELEE,
                                   THOMAS PEAR, and TANNAISHA
                                   SMALLWORD, individually and on behalf of
                                   all other similarly situated individuals,

Dated:  November 7, 2024           MORRISON & FOERSTER LLP

                                   _/s/ Alexis A. Amezcua_____
                                   By:  ALEXIS A. AMEZCUA

                                   Attorneys for Defendant
                                   APPLE INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/8/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge