CUNNINGHAM BOUNDS, LLC
Steven L. Nicholas (*admitted pro hac vice*)
sln@cunninghambounds.com
Lucy E. Tufts (*admitted pro hac vice*)
let@cunninghambounds.com
1601 Dauphin Street
Mobile, AL 36604
Telephone: (251) 471-6191

KILBORN LAW, LLC
Benjamin H. Kilborn, Jr. (*admitted phv*)
benk@kilbornlaw.com
P.O. Box 2164
Fairhope, AL 36533
Telephone: (251) 929-4620

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862

*Attorneys for Plaintiffs and the Settlement Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, FRANK ORTEGA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>                                    Plaintiffs,<br>v.<br>APPLE INC.,<br>                                    Defendant. | No. 4:21-cv-09527-HSG<br><br>Third Declaration of Lucy Tufts in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement<br><br>CLASS ACTION<br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date: April 10, 2025<br>Time: 2:00 p.m.<br><br>Third Amended Complaint Filed: October 31, 2023 |

1.      My name is Lucy E. Tufts. I am attorney admitted to practice in the states of Alabama, Mississippi, and Georgia. I am a partner at the law firm of Cunningham Bounds, LLC, counsel of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2.      Below is a summary of the approximate hours that each named Plaintiff spent participating in this case:

| Date | Named Plaintiff | Time | Description |
|---|---|---|---|
| 9/8/2020 | Chris Smith | 0.5 | Took photographs of injuries |
| 9/9/2020 | Chris Smith | 17.5 | Online research regarding screen detachments, customer reviews, complaints, etc. (over several days) |
| 10/14/2020 | Chris Smith | 0.25 | Research on Apple Watch warranty through http://checkcoverage.apple.com |
| 12/14/2020 | Chris Smith | 1.25 | Brought watch to the Best Buy at Eastern Shore Center re: coverage for detached screen and Apple Screen Replacement Program |
| 12/15/2020 | Chris Smith | 7.5 | Research on Apple Watch Screen Replacement Program (over several days) |
| 3/25/2021 | Chris Smith | 1.5 | Met with Plaintiffs' Counsel |
| 3/25/2021 | Chris Smith | 0.5 | Photographs of injury/scar with investigator for Plaintiffs' Counsel |
| 4/27/2021 | Chris Smith | 1.25 | Collected and mailed Apple Watch accessories to Plaintiffs' Counsel |
| 7/28/2021 | Chris Smith | 0.5 | Reviewed and signed Attorney Representation Agreement |
| 8/20/2021 | Chris Smith | 0.25 | Reviewed and signed CLRA declaration |
| 12/3/2021 | Chris Smith | 1.25 | Reviewed the original Complaint |
| 12/4/2021 | Chris Smith | 0.25 | Communication with Plaintiffs' Counsel |
| 7/26/2022 | Chris Smith | 0.25 | Reviewed and signed a Request for Release of Information for medical records |
| 8/14/2022 | Chris Smith | 0.5 | Communication with Plaintiffs' Counsel |
| 8/15/2022 | Chris Smith | 0.75 | Collected documents for discovery responses (including photographs taken at hospital and Apple Watch receipt) |
| 8/16/2022 | Chris Smith | 0.5 | Communication with Plaintiffs' Counsel |
| 8/22/2022 | Chris Smith | 1.25 | Reviewed and approved discovery responses (ROGS, RFP & RFI) |
| 9/6/2022 | Chris Smith | 1 | Met with Plaintiffs' Counsel |

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/16/2023 | Chris Smith | 0.5 | Reviewed and approved the Second Amended Complaint |
| 4/11/2023 | Chris Smith | 0.75 | Reviewed and approved First Supplemental Discovery Responses (ROGS & RFP) |
| 5/17/2023 | Chris Smith | 0.25 | Communication with Plaintiffs' Counsel |
| 5/19/2023 | Chris Smith | 0.5 | Reviewed and approved Second Supplemental Discovery Responses (ROGS) |
| 6/9/2023 | Chris Smith | 0.25 | Reviewed and approved responses to Second ROGs & RFP |
| 6/30/2023 | Chris Smith | 0.5 | Reviewed and approved responses to First RFA |
| 7/11/2023 | Chris Smith | 0.25 | Communication with Plaintiffs' Counsel |
| 7/13/2023 | Chris Smith | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 8/24/2023 | Chris Smith | 0.5 | Discussed scheduling and travel for deposition anticipated to be taken in San Francisco, CA |
| 1/12/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 1/24/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | **TOTAL** | **41.75** | |
| 2/9/2022 | Deborah Class | 1.5 | Initial intake call with Plaintiffs' Counsel |
| 2/10/2022 | Deborah Class | 0.75 | Follow up phone call with Plaintiffs' Counsel |
| 3/14/2022 | Deborah Class | 0.5 | Review and sign representation agreement |
| 3/26/2022 | Deborah Class | 1.75 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 8/18/2022 | Deborah Class | 1.25 | Telephone conversation re: discovery responses |
| 8/29/2022 | Deborah Class | 0.75 | Reviewed and approved discovery responses (ROGS, RFP & RFI) |
| 9/8/2022 | Deborah Class | 0.25 | Reviewed case update by Plaintiffs' Counsel |
| 3/16/2023 | Deborah Class | 0.5 | Reviewed Second Amended Complaint |
| 4/11/2023 | Deborah Class | 0.75 | Reviewed and approved supplemental discovery responses (ROGS) |
| 5/1/2023 | Deborah Class | 1.25 | Searched for and produced proof of purchase of Apple Watch (CLASS0002) |
| 5/4/2023 | Deborah Class | 0.5 | Reviewed and approved second supplemental discovery responses |
| 6/9/2023 | Deborah Class | 0.25 | Reviewed and approved responses to Apple's Second RFP |
| 6/21/2023 | Deborah Class | 0.25 | Email communication with Plaintiffs' Counsel |

Third Decl. of Lucy Tufts In Support Of Motion for Final Approval
No. 4:21-cv-09527-HSG

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/4/2023 | Deborah Class | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/21/2023 | Deborah Class | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Deborah Class | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Deborah Class | 0.25 | Reviewed update by Plaintiffs' Counsel |
|  | TOTAL | 11.25 |  |
| 12/7/2021 | Alberto Cornea | 0.5 | Initial email exchange |
| 12/14/2021 | Alberto Cornea | 1.25 | Initial intake call with Plaintiffs' Counsel |
| 3/1/2022 | Alberto Cornea | 0.5 | Review and sign representation agreement |
| 8/22/2022 | Alberto Cornea | 1 | Telephone conversation re: discovery responses |
| 8/25/2022 | Alberto Cornea | 1 | Reviewed and approved discovery responses (ROGS, RFP & RFI) |
| 9/8/2022 | Alberto Cornea | 0.25 | Reviewed case update by Plaintiffs' Counsel |
| 3/16/2023 | Alberto Cornea | 0.5 | Reviewed Second Amended Complaint |
| 4/11/2023 | Alberto Cornea | 0.75 | Reviewed and approved supplemental discovery responses (ROGS) |
| 5/16/2023 | Alberto Cornea | 0.5 | Reviewed and approved second supplemental discovery responses (ROGS) |
| 6/9/2023 | Alberto Cornea | 0.5 | Reviewed and approved responses to Second ROGs & RFP |
| 6/21/2023 | Alberto Cornea | 0.5 | Email communications with Plaintiffs' Counsel |
| 8/4/2023 | Alberto Cornea | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/21/2023 | Alberto Cornea | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Alberto Cornea | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Alberto Cornea | 0.25 | Reviewed update by Plaintiffs' Counsel |
|  | TOTAL | 8.25 |  |
| 2/9/2022 | Amber Jones | 0.5 | Initial email exchange |
| 2/15/2022 | Amber Jones | 1.5 | Initial intake call with Plaintiffs' Counsel |
| 3/23/2022 | Amber Jones | 0.5 | Review and sign representation agreement |
| 5/26/2022 | Amber Jones | 1.5 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 8/5/2022 | Amber Jones | 0.25 | Communication with Plaintiffs' Counsel |
| 9/2/2022 | Amber Jones | 1 | Reviewed and approved discovery responses (ROGS, RFP & RFI) |
| 9/5/2022 | Amber Jones | 0.5 | Communication with Plaintiffs' Counsel |
| 9/8/2022 | Amber Jones | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 3/16/2023 | Amber Jones | 0.75 | Reviewed Second Amended Complaint |
| 4/11/2023 | Amber Jones | 0.75 | Reviewed and approved supplemental discovery responses (ROGS) |

THIRD DECL. OF LUCY TUFTS IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/4/2023 | Amber Jones | 0.5 | Reviewed and approved second supplemental discovery responses (ROGS) |
| 6/6/2023 | Amber Jones | 0.5 | Communication with Plaintiffs' Counsel |
| 6/9/2023 | Amber Jones | 0.5 | Reviewed and approved responses to Second ROGs & RFP |
| 8/4/2023 | Amber Jones | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 8/6/2023 | Amber Jones | 0.25 | Communication with Plaintiffs' Counsel |
| 12/13/2023 | Amber Jones | 0.25 | Communication with Plaintiffs' Counsel |
| 12/21/2023 | Amber Jones | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Amber Jones | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Amber Jones | 0.25 | Reviewed update by Plaintiffs' Counsel |
|  | **TOTAL** | **10.5** |  |
| 7/1/2022 | Alexis Keiser | 0.25 | Initial email exchange |
| 2/2/2023 | Alexis Keiser | 1.5 | Initial intake call with Plaintiffs' Counsel |
| 2/26/2023 | Alexis Keiser | 0.5 | Review and sign representation agreement |
| 3/4/2023 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 3/8/2025 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 3/15/2023 | Alexis Keiser | 1 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 3/29/2023 | Alexis Keiser | 0.5 | Communication with Plaintiffs' Counsel |
| 4/11/2023 | Alexis Keiser | 0.75 | Communication with Plaintiffs' Counsel |
| 5/1/2023 | Alexis Keiser | 0.5 | Communication with Plaintiffs' Counsel |
| 5/18/2023 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 6/5/2023 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 6/27/2023 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 6/28/2023 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 6/30/2023 | Alexis Keiser | 1.25 | Reviewed and approved discovery responses (ROGS & RFP) |
| 7/5/2023 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 8/4/2023 | Alexis Keiser | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/21/2023 | Alexis Keiser | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Alexis Keiser | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 7/22/2024 | Alexis Keiser | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 8/7/2024 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 9/24/2024 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 11/11/2024 | Alexis Keiser | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 1/29/2025 | Alexis Keiser | 0.25 | Communication with Plaintiffs' Counsel |
| 2/3/2025 | Alexis Keiser | 0.25 | Reviewed update by Plaintiffs' Counsel |
|  | **TOTAL** | **10.25** |  |
| 2/9/2022 | Frank Ortega | 0.25 | Initial email exchange |
| 3/3/2022 | Frank Ortega | 0.75 | Initial intake call with Plaintiffs' Counsel |

THIRD DECL. OF LUCY TUFTS IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/8/2022 | Frank Ortega | 0.5 | Review and sign representation agreement |
| 9/1/2022 | Frank Ortega | 1 | Reviewed and approved discovery responses (ROGS, RFP & RFI) |
| 9/8/2022 | Frank Ortega | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 3/16/2023 | Frank Ortega | 0.5 | Reviewed Second Amended Complaint |
| 4/11/2023 | Frank Ortega | 0.5 | Reviewed and approved supplemental discovery responses (ROGS) |
| 5/16/2023 | Frank Ortega | 0.5 | Reviewed and approved second supplemental discovery responses (ROGS) |
| 6/9/2023 | Frank Ortega | 0.5 | Reviewed and approved responses to Second ROGs & RFP |
| 6/30/2023 | Frank Ortega | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 8/4/2023 | Frank Ortega | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/21/2023 | Frank Ortega | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Frank Ortega | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Frank Ortega | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | **TOTAL** | **6.25** | |
| 5/6/2022 | Thomas Pear | 0.25 | Initial email exchange |
| 5/11/2022 | Thomas Pear | 0.75 | Initial intake call with Plaintiffs' Counsel |
| 5/15/2022 | Thomas Pear | 0.5 | Review and sign representation agreement |
| 5/20/2022 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 5/26/2022 | Thomas Pear | 1 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 9/13/2022 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 11/14/2022 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/14/2022 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 11/16/2022 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 3/16/2023 | Thomas Pear | 0.5 | Reviewed Second Amended Complaint |
| 3/24/2023 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 6/7/2023 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 6/26/2023 | Thomas Pear | 0.5 | Reviewed and approved discovery responses (ROGS & RFP) |
| 6/30/2023 | Thomas Pear | 0.75 | Reviewed and approved responses to Second ROGS & RFP/Third ROGS |
| 7/7/2023 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 7/7/2023 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 7/27/2023 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 8/4/2023 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 8/4/2023 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 12/4/2023 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/21/2023 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |

THIRD DECL. OF LUCY TUFTS IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/27/2023 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
| 5/3/2024 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Thomas Pear | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Thomas Pear | 0.25 | Communication with Plaintiffs' Counsel |
|  | **TOTAL** | **8.5** |  |
| 2/9/2022 | Michelle Rogers | 0.25 | Initial email exchange |
| 2/15/2022 | Michelle Rogers | 0.75 | Initial intake call with Plaintiffs' Counsel |
| 3/14/2022 | Michelle Rogers | 0.5 | Review and sign representation agreement |
| 4/15/2022 | Michelle Rogers | 1 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 8/18/2022 | Michelle Rogers | 0.5 | Provided information regarding discovery responses |
| 8/31/2022 | Michelle Rogers | 0.5 | Communication with Plaintiffs' Counsel |
| 9/1/2022 | Michelle Rogers | 0.5 | Reviewed and approved discovery responses (ROGS & RFP) |
| 9/8/2022 | Michelle Rogers | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 3/16/2023 | Michelle Rogers | 0.5 | Reviewed Second Amended Complaint |
| 4/11/2023 | Michelle Rogers | 0.5 | Reviewed and approved supplemental discovery responses (ROGS) |
| 5/8/2023 | Michelle Rogers | 0.5 | Communication with Plaintiffs' Counsel |
| 5/10/2023 | Michelle Rogers | 0.5 | Reviewed and approved second supplemental discovery responses (ROGS) |
| 6/6/2023 | Michelle Rogers | 0.25 | Communication with Plaintiffs' Counsel |
| 6/9/2023 | Michelle Rogers | 0.5 | Reviewed and approved responses to Second ROGS/RFP |
| 6/21/2023 | Michelle Rogers | 0.5 | Communication with Plaintiffs' Counsel |
| 6/30/2023 | Michelle Rogers | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 8/3/2023 | Michelle Rogers | 0.5 | Communication with Plaintiffs' Counsel |
| 8/4/2023 | Michelle Rogers | 0.25 | Communication with Plaintiffs' Counsel |
| 12/21/2023 | Michelle Rogers | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Michelle Rogers | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Michelle Rogers | 0.25 | Reviewed update by Plaintiffs' Counsel |
|  | **TOTAL** | **7.5** |  |
| 7/1/2022 | Loorn Saelee | 0.25 | Initial email exchange |
| 2/2/2023 | Loorn Saelee | 0.75 | Initial intake call with Plaintiffs' Counsel |
| 3/4/2023 | Loorn Saelee | 0.5 | Review and sign representation agreement |
| 3/16/2023 | Loorn Saelee | 0.5 | Reviewed Second Amended Complaint |
| 6/30/2023 | Loorn Saelee | 0.5 | Reviewed and approved discovery responses (ROGS & RFP) |
| 8/4/2023 | Loorn Saelee | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 8/7/2023 | Loorn Saelee | 0.5 | Communication with Plaintiffs' Counsel |

THIRD DECL. OF LUCY TUFTS IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/21/2023 | Loorn Saelee | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Loorn Saelee | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Loorn Saelee | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | **TOTAL** | **4** | |
| 6/28/2022 | Tannaisha Smallwood | 0.25 | Initial email exchange |
| 1/31/2023 | Tannaisha Smallwood | 0.75 | Initial intake call with Plaintiffs' Counsel |
| 2/1/2023 | Tannaisha Smallwood | 0.5 | Review and sign representation agreement |
| 3/7/2023 | Tannaisha Smallwood | 0.25 | Communication with Plaintiffs' Counsel |
| 3/14/2023 | Tannaisha Smallwood | 0.25 | Communication with Plaintiffs' Counsel |
| 3/14/2023 | Tannaisha Smallwood | 1 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 3/16/2023 | Tannaisha Smallwood | 0.5 | Reviewed Second Amended Complaint |
| 3/29/2023 | Tannaisha Smallwood | 0.5 | Communication with Plaintiffs' Counsel |
| 4/5/2023 | Tannaisha Smallwood | 0.25 | Communication with Plaintiffs' Counsel |
| 4/10/2023 | Tannaisha Smallwood | 0.25 | Communication with Plaintiffs' Counsel |
| 6/13/2023 | Tannaisha Smallwood | 0.5 | Communication with Plaintiffs' Counsel |
| 6/26/2023 | Tannaisha Smallwood | 1 | Reviewed and approved initial discovery responses and Apple's second set of discovery requests |
| 6/30/2023 | Tannaisha Smallwood | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 7/25/2023 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 8/4/2023 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 10/9/2023 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/10/2023 | Tannaisha Smallwood | 0.5 | Communication with Plaintiffs' Counsel |
| 12/21/2023 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 1/30/2024 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 10/28/2024 | Tannaisha Smallwood | 0.25 | Communication with Plaintiffs' Counsel |
| 10/31/2024 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/10/2024 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/10/2024 | Tannaisha Smallwood | 0.25 | Communication with Plaintiffs' Counsel |
| 3/5/2025 | Tannaisha Smallwood | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | **TOTAL** | **9.75** | |
| 7/16/2021 | Cheryl Smith | 0.75 | Initial meeting with Plaintiffs' Counsel |
| 7/23/2021 | Cheryl Smith | 0.5 | Review and sign representation agreement |
| 8/22/2022 | Cheryl Smith | 0.5 | Reviewed and approved initial discovery responses |
| 8/22/2022 | Cheryl Smith | 1 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 3/16/2023 | Cheryl Smith | 0.5 | Reviewed Second Amended Complaint |
| 4/11/2023 | Cheryl Smith | 0.5 | Reviewed and approved supplemental discovery responses (ROGS) |

THIRD DECL. OF LUCY TUFTS IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

| Date | Name | Hours | Task |
|---|---|---|---|
| 5/19/2023 | Cheryl Smith | 0.5 | Reviewed and approved second supplemental discovery responses (ROGS) |
| 6/9/2023 | Cheryl Smith | 0.5 | Reviewed and approved responses to Second ROGS/RFP |
| 6/30/2023 | Cheryl Smith | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 8/4/2023 | Cheryl Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 1/16/2024 | Cheryl Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 5/3/2024 | Cheryl Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Cheryl Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | TOTAL | 6.25 | |
| 9/13/2021 | Karen Smithson | 0.25 | Initial email exchange |
| 9/17/2021 | Karen Smithson | 0.75 | Initial intake call with Plaintiffs' Counsel |
| 10/5/2021 | Karen Smithson | 0.5 | Review and sign representation agreement |
| 8/23/2022 | Karen Smithson | 0.5 | Reviewed and approved initial discovery responses |
| 8/30/2022 | Karen Smithson | 1 | Collected, packaged, and mailed watch to Plaintiffs' Counsel |
| 3/16/2023 | Karen Smithson | 0.5 | Reviewed Second Amended Complaint |
| 4/11/2023 | Karen Smithson | 0.5 | Reviewed and approved supplemental discovery responses (ROGS) |
| 5/18/2023 | Karen Smithson | 0.5 | Reviewed and approved second supplemental discovery responses (ROGS) |
| 6/9/2023 | Karen Smithson | 0.5 | Reviewed and approved responses to Second ROGS/RFP |
| 6/30/2023 | Karen Smithson | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 8/4/2023 | Karen Smithson | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 12/21/2023 | Karen Smithson | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 3/3/2024 | Karen Smithson | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 11/11/2024 | Karen Smithson | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | TOTAL | 6.5 | |

3. The hours listed are likely substantially understated because the class representatives were not instructed to keep track of the time each spent on the case. The hours and task descriptions are provided as a good faith estimate of the time spent by each class representative based on records, including notes and emails, in Class Counsel's case file of what Class Counsel knows the class representatives did to help us complete specific tasks on specific dates.

THIRD DECL. OF LUCY TUFTS IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

I declare under penalty of perjury that this declaration is true and correct. Executed in Mobile, Alabama this 30th day of April, 2025.

                                        */s Lucy E. Tufts*
                                        LUCY E. TUFTS

                                        *Attorney for Plaintiffs and Settlement Class*