CUNNINGHAM BOUNDS, LLC
Steven L. Nicholas (*admitted pro hac vice*)
sln@cunninghambounds.com
Lucy E. Tufts (*admitted pro hac vice*)
let@cunninghambounds.com
1601 Dauphin Street
Mobile, AL 36604
Telephone: (251) 471-6191

KILBORN LAW, LLC
Benjamin H. Kilborn, Jr. (*admitted phv*)
benk@kilbornlaw.com
P.O. Box 2164
Fairhope, AL 36533
Telephone: (251) 929-4620

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, ALBERTO CORNEA, FRANK ORTEGA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | No. 4:21-cv-09527-HSG<br><br>Second Declaration of Chris Smith in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement<br><br>CLASS ACTION<br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date: April 10, 2025<br>Time: 2:00 p.m.<br><br>Third Amended Complaint Filed: October 31, 2023 |

I, Chris Smith, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. These hours are likely substantially understated because I was not instructed to keep track of the time I spent on this case. The hours and task descriptions are provided as a good faith estimate. Below is a summary of the approximate hours that I spent participating in this case:

| Date | Named Plaintiff | Time | Description |
| --- | --- | --- | --- |
| 9/8/2020 | Chris Smith | 0.5 | Took photographs of injuries |
| 9/9/2020 | Chris Smith | 17.5 | Online research regarding screen detachments, customer reviews, complaints, etc. (over several days) |
| 10/14/2020 | Chris Smith | 0.25 | Research on Apple Watch warranty through http://checkcoverage.apple.com |
| 12/14/2020 | Chris Smith | 1.25 | Brought watch to the Best Buy at Eastern Shore Center re: coverage for detached screen and Apple Screen Replacement Program |
| 12/15/2020 | Chris Smith | 7.5 | Research on Apple Watch Screen Replacement Program (over several days) |
| 3/25/2021 | Chris Smith | 1.5 | Met with Plaintiffs' Counsel |
| 3/25/2021 | Chris Smith | 0.5 | Photographs of injury/scar with investigator for Plaintiffs' Counsel |
| 4/27/2021 | Chris Smith | 1.25 | Collected and mailed Apple Watch accessories to Plaintiffs' Counsel |
| 7/28/2021 | Chris Smith | 0.5 | Reviewed and signed Attorney Representation Agreement |
| 8/20/2021 | Chris Smith | 0.25 | Reviewed and signed CLRA declaration |
| 12/3/2021 | Chris Smith | 1.25 | Reviewed the original Complaint |
| 12/4/2021 | Chris Smith | 0.25 | Communication with Plaintiffs' Counsel |
| 7/26/2022 | Chris Smith | 0.25 | Reviewed and signed a Request for Release of Information for medical records |
| 8/14/2022 | Chris Smith | 0.5 | Communication with Plaintiffs' Counsel |
| 8/15/2022 | Chris Smith | 0.75 | Collected documents for discovery responses (including photographs taken at hospital and Apple Watch receipt) |
| 8/16/2022 | Chris Smith | 0.5 | Communication with Plaintiffs' Counsel |
| 8/22/2022 | Chris Smith | 1.25 | Reviewed and approved discovery responses (ROGS, RFP & RFI) |
| 9/6/2022 | Chris Smith | 1 | Met with Plaintiffs' Counsel |
| 3/16/2023 | Chris Smith | 0.5 | Reviewed and approved the Second Amended Complaint |

| | Date | Name | Hours | Description |
|---|---|---|---|---|
| 1 | 4/11/2023 | Chris Smith | 0.75 | Reviewed and approved First Supplemental Discovery Responses (ROGS & RFP) |
| 2 | 5/17/2023 | Chris Smith | 0.25 | Communication with Plaintiffs' Counsel |
| 3 | 5/19/2023 | Chris Smith | 0.5 | Reviewed and approved Second Supplemental Discovery Responses (ROGS) |
| 4 | 6/9/2023 | Chris Smith | 0.25 | Reviewed and approved responses to Second ROGs & RFP |
| 5 | 6/30/2023 | Chris Smith | 0.5 | Reviewed and approved responses to First RFA |
| | 7/11/2023 | Chris Smith | 0.25 | Communication with Plaintiffs' Counsel |
| 6 | 7/13/2023 | Chris Smith | 0.5 | Reviewed and approved responses to Apple's Third ROGS |
| 7 | 8/24/2023 | Chris Smith | 0.5 | Discussed scheduling and travel for deposition anticipated to be taken in San Francisco, CA |
| 8 | 1/12/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 9 | 1/24/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | 5/3/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| 10 | 11/11/2024 | Chris Smith | 0.25 | Reviewed update by Plaintiffs' Counsel |
| | **TOTAL** | | **41.75** | |

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing declaration and it is true and correct to the best of my knowledge and belief.

By: _____

Printed Name: Chris Smith

STATE OF _Alabama_

COUNTY OF _Baldwin_

SECOND DECL. OF CHRIS SMITH IN SUPPORT OF MOTION FOR FINAL APPROVAL
NO. 4:21-CV-09527-HSG

Dated: April 30, 2025

CUNNINGHAM BOUNDS, LLC

/s Lucy E. Tufts
LUCY E. TUFTS

STEVEN L. NICHOLAS (Admitted *Pro Hac Vice*)
sln@cunninghambounds.com
LUCY E. TUFTS (Admitted *Pro Hac Vice*)
let@cunninghambounds.com
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street
Mobile, Alabama 36604
Telephone: (251) 471-6191
Facsimile: (251) 479-1031

MICHAEL F. RAM (SBN 104805)
mram@forthepeople.com
MARIE N. APPEL (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, California 94102
Telephone: (415) 846-3862
Facsimile: (415) 358-6293

BENJAMIN H. KILBORN, JR.
(Admitted *Pro Hac Vice*)
benk@kilbornlaw.com
KILBORN LAW, LLC
P.O. Box 2164
Fairhope, Alabama 36533
Telephone: (251) 929-4620

*Attorneys for Plaintiff Class*