| | |
|---|---|
| CUNNINGHAM BOUNDS, LLC<br>Steven L. Nicholas (*admitted pro hac vice*)<br>sln@cunninghambounds.com<br>Lucy E. Tufts (*admitted pro hac vice*)<br>let@cunninghambounds.com<br>1601 Dauphin Street<br>Mobile, AL 36604<br>Telephone: (251) 471-6191<br>Facsimile: (251) 479-1031 | MORRISON & FOERSTER LLP<br>PENELOPE A. PREOVOLOS (SBN 87607)<br>PPreovolos@mofo.com<br>CLAUDIA M. VETESI (SBN 233485)<br>CVetesi@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| KILBORN LAW, LLC<br>Benjamin H. Kilborn, Jr. (*admitted pro hac vice*)<br>benk@kilbornlaw.com<br>P.O. Box 2164<br>Fairhope, AL 36533<br>Telephone: (251) 929-4620 | ERIN M. BOSMAN (SBN 204987)<br>EBosman@mofo.com<br>BRITTANY SCHEINOK (SBN 306522)<br>BScheinok@mofo.com<br>12531 High Bluff Drive Suite 100<br>San Diego, California 92130-2040<br>Telephone: 858.720.5100<br>Facsimile: 858.720.5125 |
| MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>Michael F. Ram (SBN 104805)<br>mram@forthepeople.com<br>Marie N. Appel (SBN 187483)<br>mappel@forthepeople.com<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 846-3862 | *Attorneys for Defendant Apple Inc.* |

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SAELEE, THOMAS PEAR, and TANNAISHA SMALLWOOD individually and on behalf of all other similarly situated individuals,<br><br>                    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 4:21-cv-09527 HSG<br><br>**JOINT SUBMISSION OF PROPOSED STIPULATED FINAL JUDGMENT PURSUANT TO MAY 1, 2025 COURT ORDER (DKT NO. 178)**<br><br>Dept.: Courtroom 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>CLASS ACTION<br><br>Third Amended Complaint Filed: October 31, 2023 |

## PROPOSED FINAL JUDGMENT

For the reasons set forth in this Court's Final Approval Order (Dkt. No. 178), in the above-captioned matter as to the following class of persons:

> All natural persons who reside in the United States, who own or owned any model First Generation, Series 1, Series 2 or Series 3 Apple Watch for personal and/or household use, and who are reflected in Apple's records as having reported Covered Issues in the United States. The Class Period shall be April 24, 2015, to February 6, 2024.

The Settlement Class excludes Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns. Also excluded from the Settlement Class are all judicial officers assigned to this case as well as their staff and immediate families.

JUDGMENT IS HEREBY ENTERED, pursuant to Federal Rule of Civil Procedure 58, as to the above-specified class of persons and entities, Plaintiffs Chris Smith, Cheryl Smith, Karen Smithson, Frank Ortega, Alberto Cornea, Michelle Rogers, Deborah Class, Amber Jones, Alexis Keiser, Loorn Salee, Thomas Pear, and Tannaisha Smallwood (collectively "Plaintiffs" or "Class Representatives") and Defendant Apple Inc. ("Apple") on the terms and conditions of the Settlement Agreement and Release (the "Settlement Agreement") approved by the Court's Final Approval Order, dated May 1, 2025 (Dkt. No. 178).

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement (Dkt. No. 169-1) incorporated into the Final Approval Order (Dkt. No. 178).

2. All Released Matters of the Releasing Parties are hereby released as against the Apple Released Parties, as defined in the Settlement Agreement.

3. The claims of Plaintiffs and the Settlement Class Members are dismissed with prejudice in accordance with the Court's Final Approval Order.

4. The Parties shall bear their own costs and attorneys' fees, except as set forth in the Settlement Agreement or otherwise set forth in the Final Approval Order or any Order regarding

Plaintiffs' request for attorneys' fees, expenses, and service awards.

5. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6. The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs, the Settlement Class Members, and Apple. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

IT IS SO ORDERED.

JUDGMENT ENTERED this _____ day of _____, _____.

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: May 5, 2025 | CUNNINGHAM BOUNDS, LLC |
| 2 | | */s/ Lucy E. Tufts* |
| 3 | | By: LUCY E. TUFTS (*admitted pro hac vice*) |
| 4 | | Attorneys for Plaintiffs and the Settlement Class |
| 5 | Dated: May 5, 2025 | MORRISON & FOERSTER LLP |
| 6 | | */s/ Brittany Scheinok* |
| 7 | | By: BRITTANY SCHEINOK |
| 8 | | Attorneys for Defendant APPLE INC. |

**ECF ATTESTATION**

I, Lucy E. Tufts, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Brittany L. Scheinok has concurred to this filing.

Dated: May 5, 2025

CUNNINGHAM BOUNDS, LLC

By: _/s/ Lucy E. Tufts_
Lucy E. Tufts

Attorneys for Plaintiffs