CUNNINGHAM BOUNDS, LLC
Steven L. Nicholas (Admitted *Pro Hac Vice*)
sln@cunninghambounds.com
Lucy E. Tufts (Admitted *Pro Hac Vice*)
let@cunninghambounds.com
1601 Dauphin Street
Mobile, AL 36604
Telephone: (251) 471-6191

KILBORN LAW, LLC
Benjamin H. Kilborn, Jr. (Admitted *Pro Hac Vice*)
benk@kilbornlaw.com
P.O. Box 2164
Fairhope, AL 36533
Telephone: (251) 929-4620

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Michael F. Ram (SBN 104805)
mram@forthepeople.com

*Attorneys for Plaintiff Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS SMITH, CHERYL SMITH, KAREN SMITHSON, FRANK ORTEGA, ALBERTO CORNEA, MICHELLE ROGERS, DEBORAH CLASS, AMBER JONES, ALEXIS KEISER, LOORN SALEE, THOMAS PEAR, and TANNAISHA SMALLWOOD, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br>APPLE INC.,<br>Defendant. | No. 4:21-cv-09527-HSG<br><br>Order Authorizing Release of Cy Pres Funds and Remainder of Attorneys' Fees<br><br><u>CLASS ACTION</u><br><br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Third Amended Complaint Filed: October 31, 2023 |

WHEREAS, on January 10, 2025, Plaintiffs, through their counsel, moved for an order pursuant to Federal Rule of Civil Procedure 23 for an award of attorneys' fees and litigation expenses (ECF No. 168);

WHEREAS on May 1, 2025, the Court awarded as attorneys' fees a sum equal to 25% of the Settlement Agreement, plus $433,417.83 in litigation expenses (both amounts to be paid from the Settlement Fund), pursuant to the terms set forth in the Stipulation, but subject to a hold-back provision (ECF No. 178 at 16);

WHEREAS, 10% of the attorneys' fees granted at final approval were withheld until after the Post-Distribution Accounting has been filed and the Court has authorized the release of those funds; and

WHEREAS, Plaintiffs filed the Post-Distribution Accounting on February 5, 2026, and posted the Post-Distribution Accounting, including an easy-to-read chart, on the settlement website;

WHEREAS, Plaintiffs filed an amended Final Post-Distribution Accounting on June 12, 2026, and posted the amended Final Post-Distribution Accounting, including an easy-to-read chart, on the settlement website;

WHEREAS, the Court found that the Rose Foundation's Consumer Products Fund satisfied the Ninth Circuit's requirements for a *cy pres* recipient (ECF No. 178);

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.      The Settlement Administrator is authorized to pay the *cy pres* funds totaling $1,799,989.37 to the Rose Foundation's Consumer Products Fund;

2.      Plaintiffs' Counsel are authorized to take payment of the remaining 10% of the awarded attorneys' fees, such funds having been hereby released.

IT IS SO ORDERED.

Dated: 6/17/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER GRANTING RELEASE OF REMAINING CY PRES FUNDS AND ATTORNEYS' FEES
1